# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:07CR32 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **JAVIER PITTMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal (Filing No. 30) requesting the Motion to Reopen Detention be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

**IT IS ORDERED** that the Motion to Reopen Detention shall be placed under seal.

DATED this 20th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

1