IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR32 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAVIER PITTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of defendant Javier Pittman (Pittman) to reopen detention (Filing No. 31-Sealed). Pittman seeks release to the residence of Rhonda Claxton and that she serve as his third party custodian. The defendant has a substantial criminal history and has reported continual use of marihuana. The defendant was arrested at the Claxton residence while on house arrest in Douglas County. At the time of the arrest, officers found 9mm ammunition, marihuana, and a scale. On a previous search of the defendant's residence as part of his probation, 9mm ammunition was also found along with tablets of Ecstasy. The placement suggested by Pittman is not warranted under the circumstances.

    Accordingly, Pittman's motion to reopen detention (Filing No. 31-Sealed) is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge